**LITE DEPALMA GREENBERG, LLC**
Katrina Carroll
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
Tel: 312-750-1591
Email: kcarroll@litedepalma.com

*Attorneys for Plaintiff, Ismael Salam*

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: HANGTIME, INC. TCPA LITIGATION | MDL NO. 2563 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a copy of the Notice of Appearance electronically filed on June 30, 2014 was served on all counsel of record, via the Court's ECF system and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Dated:  July 2, 2014                **LITE DEPALMA GREENBERG, LLC**

                                By:  /s/ *Katrina Carroll*
                                      Katrina Carroll
                                      211 W. Wacker Drive, Suite 500
                                      Chicago, IL 60606
                                      Tel: 312-750-1591
                                      Email: kcarroll@litedepalma.com

                                      *Attorneys for Plaintiff, Ismael Salam*