Exhibit A

HOME > Judges



# District Judge
# Yvonne Gonzalez Rogers

Oakland Courthouse, Courtroom 1 - 4th Floor
1301 Clay Street, Oakland, CA 94612

## Weekly Court Calendar Schedule

| | | |
|---|---|---|
| **Criminal Law & Motion** | Thursdays | 2:00 p.m. |
| **Civil Law & Motion** | Tuesdays | 2:00 p.m. |
| **Trial Days** | Mondays, Tuesdays, Wednesdays and Thursdays | 8:30 a.m. 1:30 p.m. |
| **Case Management Conferences** | Mondays | 2:00 p.m. |

## Staff

| | | |
|---|---|---|
| **Calendar Clerk & Courtroom Deputy** | Frances Stone | 510-637-3540 |
| | ygrcrd@cand.uscourts.gov | |
| **Civil Case Docketing** | Clara Pierce | 510-637-3535 |
| **Criminal Case Docketing** | Kelly Collins | 510-637- 3539 |
| **Chambers** | | 510-637-4010 |
| Email for Proposed Orders: | YGRpo@cand.uscourts.gov | |
| Email for PDF Follow-Ups and and Docket Corrections: | YGRpdf@cand.uscourts.gov (Civil) CRIMpdf@cand.uscourts.gov (Criminal) | |

## About District Judge Yvonne Gonzalez Rogers

Born 1965 in Houston, TX

**Federal Judicial Service:**

Judge, U. S. District Court, Northern District of California

Barack Obama on May 4, 2011, to a seat vacated by Vaughn R. Walker; Confirmed by the Senate on November 15, 2011, and received commission on November 21, 2011.

**Education:**

Princeton University, A.B., 1987

University of Texas School of Law, J.D., 1991

**Professional Career:**

Private practice, San Francisco, California, 1991-2003

Judge pro tem, California Superior Court, Alameda County, 2007-2008

Judge, California Superior Court, Alameda County, 2008-2011